IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANGELA HIGGINS and<br>RANDY HIGGINS,<br><br>Plaintiffs,<br><br>v.<br><br>COMPLETE PAYMENT RECOVERY<br>SERVICES, INC., KROGER COMPANY,<br>and REGIONS BANK,<br><br>Defendants. | Case No. 24-cv-98 JPG |

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 10/25/2024**          MONICA A. STUMP, Clerk of Court

                                                **s/ Tina Gray, Deputy Clerk**


**Approved:**    *s/J. Phil Gilbert*
                        **J. PHIL GILBERT**
                        **DISTRICT JUDGE**